PROB 12C
(7/93)

Report Date: June 17, 2016

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2016

SEAN F. MCAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Donald Lorentzen          Case Number: 0980 2:08CR00082-WFN-1

Address of Offender:                              Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008

Original Offense:    Knowingly and Intentionally Possess with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I) and 18 U.S.C. 2

Original Sentence:   Prison 92 months;          Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney: Alison L. Gregoire          Date Supervision Commenced: May 4, 2015

Defense Attorney:    Roger Peven                 Date Supervision Expires: May 3, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Brian Lorentzen was directed to attend the Eastern District of Washington Sobriety Treatment and Education Program (STEP) on June 16, 2016. He failed to attend as scheduled. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Brian Lorentzen failed to attend scheduled treatment sessions at ADEPT on June 7 and 14, 2016. |

Prob12C
**Re: Lorentzen, Brian Donald**
**June 16, 2016**
**Page 2**

| | | |
|---|---|---|
| 3 | **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability. | |

**Supporting Evidence**: Brian Lorentzen failed to attend and/or schedule any mental health counseling sessions with Robert Shepard for the month of May 2016.

4      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Brian Lorentzen failed to report for urinalysis testing as scheduled on June 7 and 13, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/17/2016

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/17/2016

Date