PROB 12C
(6/16)

Report Date: September 8, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Donald Lorentzen         Case Number: 0980 2:08CR00082-WFN-1

Address of Offender:                      Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 9, 2008

| | |
|---|---|
| Original Offense: | Knowingly and Intentionally Possess with the Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, a Schedule I Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(I) and 18 U.S.C. 2 |
| Original Sentence: | Prison 92 months; TSR - 48 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire     Date Supervision Commenced: May 4, 2015 |
| Defense Attorney: | Roger Peven     Date Supervision Expires: May 3, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/11/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On August 30, 2016, Brain Lorentzen was observed by deputy U.S. marshals and Spokane police officers operating a motor vehicle. Subsequently, he was stopped and arrested on his outstanding supervised release warrant. In plane view, during the arrest, a small baggie containing a substance was observed by officers which field tested positive for methamphetamine. Additionally, Mr. Lorentzen admitted that the substance was his.<br><br>Felony possession of controlled substance charges are now pending in Spokane County Superior Court, docket number 16-1-03356-4. |

Prob12C
Re: Lorentzen, Brian Donald
September 8, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   9/8/2016

s/ Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/8/16
Date